OCT-09-2008 14:49                                                              P.02

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :    Hon. Katharine S. Hayden

              v.               :    07-cr-494(KSH)
                                    AMENDED
RASHEEM WHITE                  :    ORDER FOR CONTINUANCE

       This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (Melissa L. Jampol, Assistant U.S. Attorney, appearing), and defendant Rasheem White, by his attorney Pasquale F. Giannetta, Esq., for an order continuing this matter through the trial date, and the defendant being made aware by his attorney that he has the right under Title 18 United States Code, Section 3161(c) to have the matter go to trial within 70 days of the filing date of an indictment or information, and the defendant having consented to the continuance and waived such right, and for good and sufficient cause shown,

       IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

       (1) Defendant Rasheem White and the Office of the United States Attorney for the District of New Jersey are undertaking plea negotiations and may be able to resolve this case;

       (2) The completion of a plea agreement will be beneficial to the preservation of judicial resources;

OCT-09-2008 14:50                                                              P.03

(3) Pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 20th day of October, 2008, ORDERED that this action be, and hereby is, continued from September 23, 2008 through the trial date; and it is further

ORDERED defense motions shall be filed by October 21, 2008; the government's opposition shall by filed by November 4, 2008; the defendant's replies, if any, shall be filed by November 10, 2008; the argument of the motions is scheduled for November 17, 2008 at 2:00 p.m.; and the trial is scheduled for December 3, 2008 at 9:00 a.m.; and it is further

ORDERED that the period from September 23, 2008 through the trial date, shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. KATHARINE S. HAYDEN
United States District Judge

Form and entry
consented to:

MELISSA L. JAMPOL
Assistant U.S. Attorney

Pasquale F. Giannetta, Esq.
Counsel for defendant Rasheem White

TOTAL P.03