UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim. No. 07-494

UNITED STATES OF AMERICA v. Rasheem White
                                Defendant

PETITION FOR WRIT OF HABEAS CORPUS:   Your petitioner shows that

1.   **Rasheem White, SBI #207636C, D.O.B.           1977** is now confined in **Passaic County Jail**.

2.   **Rasheem White** a defendant in the captioned case, will be required at the United States District Court located in Newark, NJ on Monday, June 22, 2009 at 11:00 a.m. for a **Sentencing**, and a Writ of Habeas Corpus should be issued for that purpose.

DATED: May 27, 2009

/s/ MELISSA L. JAMPOL
Melissa L. Jampol
Assistant United States Attorney
Petitioner - 973-645-3987

ORDER FOR WRIT:   Let the Writ Issue.

DATED: 5/28/09

HON.   KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:
The United States of America to the Warden of the **PASSAIC COUNTY JAIL**.

We Command You that you have the body of **Rasheem White, SBI# 207636C, DOB        1977** (by whatever name called or charged) brought to the United States District Court located in Newark, NJ on Monday, June 22, 2009 at 11:00 a.m., for a **Sentencing** in the above-captioned matter.   Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden
United States District Judge at Newark, N.J.

DATED: 5/28/09

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk